# MINUTE ORDER

Page 6

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**   Date: 7/25/23   Time: 2:00 p.m.

---

Defendant: **Rodney Mervyn Nichols**   J#: **69875-510**   Case #: **23-61413-MC-UNA** (SEALED)

AUSA: **Robert Senior**   Attorney: **AFPD – Kate Mollison**

Violation: **In the Matter of the Extradition to Canada**   Arrest Date: 7/25/23   YOB: 1942

Proceeding: **Initial Appearance**   CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond: _____

Bond Set at: _____   Co-signed by: _____

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language: **English** |
| ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person | Disposition: **Defendant advised of rights and charges** |
| ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary | |
| ☐ Refrain from excessive use of alcohol | **Defendant sworn; AFPD appointed** |
| ☐ Participate in mental health assessment & treatment | |
| ☐ Maintain or seek full-time employment/education | **This case is assigned to Magistrate Judge Strauss, but has been set on the Miami Duty Calendar re: Status Conference in 60 days** |
| ☐ No contact with victims/witnesses, except through counsel | |
| ☐ No firearms | |
| ☐ Not to encumber property | |
| ☐ May not visit transportation establishments | |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___ | |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ Travel extended to: _____ | Time from today to ___ excluded from Speedy Trial Clock |
| ☐ Other: _____ | |

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

*Status Conference RE:* **Extradition**   **9/26/23**   **10:00 a.m.**   **Duty/Miami**

D.A.R. **14:46:29**   Time in Court: **8 mins**

s/Lauren F. Louis   Magistrate Judge